IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>PATRICK ANDRAOUS,<br>A/K/A JERRY MOUDILOS,<br>A/K/A PATRICK THEODORE,<br>A/K/A LUCAS MALEK,<br>A/K/A JONATHAN DUVAL | Criminal Action No.<br><br>1:26-CR-00266-UNA |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)** Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, Corpay, Inc., has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

Is the victim a corporation? Yes

1. List any parent corporation or state that there is no such corporation:

There is no such corporation.

2. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

There is no such corporation.

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

Scott Armstrong, Esq.
Counsel for Corpay. Inc.

Printed name

Signature

June 21, 2026

Date

Submitted by:
SAMIR KAUSHAL
*Assistant United States Attorney*