# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00266-TWT-JKL
## USA v. Andraous
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/09/2026.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:45 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: 1 CSO/ 2 DUSM
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| DEFENDANT(S): | [1]Patrick Andraous Present at proceedings |
| ATTORNEY(S) PRESENT: | Benjamin Alper representing Patrick Andraous<br>Samir Kaushal representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant sworn, advised of his rights, and a PLEA OF GUILTY was entered as to Count 1 of the Indictment. The Court accepted the plea as knowingly and voluntarily entered. Sentencing set for January 6, 2027 at 10:00 AM. Defendant remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for January 6, 2027 at 10:00 AM in Courtroom 2108; |